LEWIS and wife, Appellants, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Respondent.

For the appellants: *Raymond J. Cannon,* attorney, and *John L. Newman* of counsel, both of Milwaukee.

For the respondent: *Shaw, Muskat & Paulsen,* attorneys, and *F. H. Prosser* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

LEMM (WALTER), Respondent, vs. HARTZHEIM, Appellant.

For the appellant: *Hannan, Johnson & Goldschmidt,* attorneys, and *Martin R. Paulsen* of counsel, all of Milwaukee.

For the respondent: *Seth W. Pollard,* attorney, and *C. F. Mikkelson* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.

DANISCHEFSKY, Respondent, vs. KLEIN-WATSON COMPANY, Appellant.

For the appellant: *Fish, Marshutz & Hoffman,* attorneys, and *I. A. Fish* of counsel, all of Milwaukee.

For the respondent: *Quarles, Spence & Quarles,* attorneys, and *Arthur B. Doe* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 11, 1933.